**F I L E D**
CLERK, U.S. DISTRICT COURT

9/8/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DTA___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CONCEPCION DIAZ,<br>　aka "Connie,"<br>　aka "Konnie,"<br><br>　　　　Defendant. | No. 8:21-cr-00156-JVS<br><br>I N D I C T M E N T<br><br>[21 U.S.C. § 846: Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Possession with Intent to Distribute Methamphetamine] |

　　　The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

A.　OBJECTS OF THE CONSPIRACY

　　　Beginning on a date unknown to the Grand Jury, and continuing until on or about June 24, 2020, in Orange County, within the Central District of California, and elsewhere, defendant CONCEPCION DIAZ, also known as ("aka") "Connie," aka "Konnie," and co-conspirator Ricardo Garcia, conspired with others known and unknown to the Grand Jury to knowingly and intentionally distribute, and possess with

intent to distribute, at least 50 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii).

B.   MEANS OF THE CONSPIRACY

The objects of the conspiracy were to be accomplished, in substance, as follows:

1. Defendant DIAZ would arrange to sell methamphetamine to customers.

2. Defendant DIAZ and co-conspirator Garcia would store the methamphetamine for sale in defendant DIAZ's purses and vehicles.

3. Defendant DIAZ and co-conspirator Garcia would sell methamphetamine to customers.

4. Defendant DIAZ would store packaging materials and pay-owe ledgers for controlled substances in her home.

C.   OVERT ACTS

On or about the following dates, in furtherance of the conspiracy and to accomplish its objects, defendant DIAZ and co-conspirator Garcia, together with others known and unknown to the Grand Jury, committed various overt acts in Orange County, within the Central District of California, and elsewhere, including, but not limited to, the following:

Overt Act No. 1:   Between on or about May 7, 2020, and on or about June 24, 2020, over Facebook and text messages, defendant DIAZ discussed quantities, pricing, and logistics for defendant DIAZ to sell customers controlled substances, including methamphetamine.

Overt Act No. 2:   On or about June 24, 2020, defendant DIAZ and co-conspirator Garcia met outside of defendant DIAZ's home and next to a Toyota Camry to sell methamphetamine to customers.

<u>Overt Act No. 3</u>:   On or about June 24, 2020, in the Toyota Camry, defendant DIAZ and co-conspirator Garcia posssessed a digital scale with a small amount of methamphetamine for sale on it, and a pay-owe ledger with "Ricardo & Connie" written on it.

<u>Overt Act No. 4</u>:   On or about June 24, 2020, defendant DIAZ and co-conspirator Garcia stored, in defendant DIAZ's purse, methamphetamine for sale and two cellular telephones that defendant DIAZ used to arrange drug sales.

<u>Overt Act No. 5</u>:   On or about June 24, 2020, defendant DIAZ stored methamphetamine for sale in another purse in her Scion, parked near the Toyota Camry.  In total, in defendant DIAZ's two purses and on the scale in the Toyota Camry, defendant DIAZ and co-conspirator GARCIA possessed approximately 218 grams of methamphetamine for sale.

<u>Overt Act No. 6</u>:   On or about June 24, 2020, in her home, defendant DIAZ had another pay-owe ledger and hundreds of empty small plastic bags.

## COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about June 24, 2020, in Orange County, within the Central District of California, defendant CONCEPCION DIAZ, also known as ("aka") "Connie, aka "Konnie," knowingly and intentionally possessed with intent to distribute at least 50 grams, that is, approximately 218 grams, of methamphetamine, a Schedule II controlled substance.

A TRUE BILL

____/S/____
Foreperson

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

DANIEL H. AHN
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

MELISSA S. RABBANI
Assistant United States Attorney
Santa Ana Branch Office

4